# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOSEPH ANTHONY FAVORS,

                      Plaintiff,

v.

MICHELLE HOOVER, et al,

                      Defendants.

Civil No. 13-428 (JRT/LIB)

**ORDER ON REPORT AND RECOMMENDATION**

    Joseph Anthony Favors, 100988, MCF-Moose Lake, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff.

    James R Andreen, **ERSTAD & RIEMER, PA,** 8009 34th Avenue South, Suite 200, Minneapolis, MN 55425-4409, for defendant Dennis Genereau, Jr.

    Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

    Defendant Genereau's Motion to Dismiss, [Docket No. 10], is **GRANTED** and that Plaintiff's claims against him are **DISMISSED** with prejudice.

DATED: February 5, 2014  
at Minneapolis, Minnesota                                   ___ s/John R. Tunhiem _____  
                                                               JOHN R. TUNHEIM  
                                                           United States District Judge