UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

JOSEPH ANTHONY FAVORS,   Civil Nos. 13-428 (JRT/LIB)

Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

MICHELLE HOOVER, et al,

Respondents.

_____

Joseph Anthony Favors, 100988, MCF-Moose Lake, 1111 Highway 73, Moose Lake, MN 55767, *pro se* plaintiff,

Angela Helseth Kiese, Anthony Noss, Kelly Kemp, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for state defendants.

Ricardo Figueroa, **MINNESOTA DEPARTMENT OF HUMAN SERVICES,** P.O. Box 64998, St Paul, MN 55164, for defendant Dennis Benson and Lori Swanson.

Jeffrey A. Timmerman, **DAKOTA COUNTY ATTORNEY'S OFFICE,** 1560 Highway 55, Hastings, MN 55033, for defendant Christopher Boreland and Mark Mehl.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

1. The DOC Defendants' Motion for Summary Judgment, [Docket No. 239], is **GRANTED**.

2. That Favors' claims against the DOC Defendants is **DISMISSED** with prejudice.

3. That Defendant OHFC's Motion to Dismiss, [Docket No. 246], is **GRANTED**.

4. That Favors' claims against Defendant OHFC are DISMISSED with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 18, 2016              s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                       Chief Judge
                                       United States District Court